AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Frisbie Memorial Hospital, Southern New Hampshire Health System, LRGHealthcare, Wentworth-Douglass Health System, Exeter Health Resources, Inc., and St. Joseph Hospital <br><br> *Plaintiff(s)* <br> v. <br> Kathleen Sebelius, in her official capacity as Secretary of the United States Department of Health and Human Services <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Kathleen Sebelius, Secretary
U.S. Department of Health & Human Services
200 Independence Avenue S.W.
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   W. Scott O'Connell
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                         _____
                                                                *Signature of Clerk or Deputy Clerk*